## J. M. MILLER v. ANTELOPE COUNTY.

[FILED SEPTEMBER 21, 1892.]

Review: PRACTICE: A MOTION FOR A NEW TRIAL is necessary to
obtain a review by petition in error of the rulings of the trial
court on the admission or exclusion of testimony, or to secure a
review of the evidence for the purpose of determining whether
it is sufficient to sustain the finding and judgment.

ERROR to the district court for Antelope county.    Tried
below before NORRIS, J.

*B. B. Willey*, for plaintiff in error.

*J. F. Boyd, contra.*

NORVAL, J.

The plaintiff in error presented to the county board of
Antelope county an account for $44.50 for medical services
rendered by him to one Christian Mosher, a pauper, at the
request of E. F. Skinner, a justice of the peace of said
county, which claim was rejected by the board, and Miller
appealed from the decision to the district court.    Upon the
trial there the court found the issues for the county and
rendered judgment, dismissing the action.

The petition in error contains two assignments:

First—The court erred in admitting the evidence of the
witness T. W. Dennis.

Second—The findings are not sustained by sufficient
evidence.

We are precluded from examining either of the errors as-
signed, for the reason no motion for a new trial was made
in the court below.    The filing of such a motion was in-
dispensable, in order to review the rulings of the court on
the admission or rejection of testimony, or to secure a re-
view of the evidence for the purpose of determining whether

it sustains the finding and judgment. (*Cropsey v. Wiggenhorn*, 3 Neb., 108; *Hosford v. Stone*, 6 Id., 380; *Lichty v. Clark*, 10 Id., 472; *Cruts v. Wray*, 19 Id., 581; *Weitz v. Wolfe*, 28 Id., 500.)

As neither of the errors assigned .can be considered by this court, for the reason stated, the judgment of the district court must be

AFFIRMED.

THE other judges concur.